1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JESUS RUELAS,                          ) Case No. CV 12-5991 ODW (JCG)
                        Petitioner,    )
                                       ) **JUDGMENT**
            v.                         )
                                       )
MR. LONG, Warden,                      )
                                       )
                        Respondent.    )
————————————————————                   )

　　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: March 25, 2014

_____

HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE